# CHRISTOPHER J. BOWES, ESQ.
## 54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

July 26, 2021

Via ECF
Hon Andrew E. Krause
United States Magistrate Judge
United States Courthouse for the SDNY
300 Quarropas Street-room 434
White Plains, New York 10601

Re:     Murphy v. Saul
7:20 Civ. 6015(VB)(AEK)

Dear Judge Krause:

I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings in this case.  Plaintiff's papers are due to be filed on July 27, 2021. This is plaintiff's second request for an extension of time.

Regrettably, I need additional time to complete Ms. Murphy's papers on account of several matters that have consumed more time over the past two weeks than I had budgeted, coupled with family summer obligations that also leave me with little additional free time.  With the kind consent of opposing counsel, AUSA Leslie Ramirez Fisher, I respectfully request that the Court approve the following revised briefing schedule:

| | |
|---|---|
| August 2, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| October 1, 2021 | Defendant's Motion for Judgment on the Pleadings |
| October 22, 2021 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

APPLICATION GRANTED.  The briefing schedule is revised as set forth above.  The Clerk of the Court is respectfully directed to terminate the letter motion at ECF No. 21.

Dated: July 26, 2021

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge