```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHELE MURPHY,

                            Plaintiff,                          20 **CIVIL** 6015 (VB)(AEK)

        -v-                                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 30, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           December 1, 2021

                                                                  RUBY J. KRAJICK

                                                                   Clerk of Court
                                                  BY:      _____
                                                                      **Deputy Clerk**